IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM PEREZ COSTOSO,

    Plaintiff,

v.                                     CASE NO. 4:17cv157-RH/CAS

DR. C. LE, LUIS LOPEZ,
DR. COLOMBANI,
SERGEANT CHOPP, and
CAPTAIN GRIFFIN,

    Defendants.

_____/

## ORDER DENYING THE MOTIONS TO SUPPLEMENT THE COMPLAINT AND FOR A PRELIMINARY INJUNCTION

Two motions to supplement the second amended complaint and a motion for a preliminary injunction are before the court on the magistrate judge's report and recommendation, ECF No. 22, and the objections, ECF No. 23. I have reviewed de novo the issues raised by the objections.

As the report and recommendation correctly concludes, the motions to supplement are procedurally improper and in any event unnecessary. The motion for a preliminary injunction is not sworn or otherwise supported by proffered

evidence sufficient to show a substantial likelihood of success on the merits. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The motions to supplement the complaint, ECF Nos. 18 and 20, and the motion for a preliminary injunction, ECF No. 19, are denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 26, 2017.

s/Robert L. Hinkle  
United States District Judge