# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIAM PEREZ COSTOSO,

    Plaintiff,

v.                         CASE NO. 4:17cv157-RH-CAS

DR. C. LE,
DR. COLOMBANI,
DR. LUIS LOPEZ,
SERGEANT CHOPP, and
CAPTAIN GRIFFIN,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 155, and the objections, ECF No. 156. I have reviewed de novo the issues raised by the objections.

The plaintiff William Perez Costoso has named six defendants in one or more versions of his complaint. The original complaint named the Secretary of the Department of Corrections, but in the amended and second amended complaints, Mr. Costoso abandoned his claims against the Secretary. As the report and recommendation correctly concludes, Mr. Costoso never succeeded in serving

process on the defendant Dr. C. Le, and the record establishes without genuine dispute that his claims against the other four defendants—Dr. Colombani, Dr. Luis Lopez, Sergeant Chopp, and Captain Griffin—fail on the merits. Captain Griffin has died, but because the claims against him fail on the merits, this order denies Mr. Costoso's motion to substitute an appropriate successor, that is, a personal representative of his estate.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The plaintiff's summary-judgment motions, ECF Nos. 107, 108, and 112, are denied.

3. The defendants' summary-judgment motions, ECF Nos. 136 and 140, are granted.

4. The plaintiff's motion to substitute a successor to the deceased defendant Captain Griffin, ECF No. 150, is denied.

5. The clerk must enter judgment under Federal Rule of Civil Procedure 58 stating, "The plaintiff William Perez Costoso's claims against the defendants Dr. Colombani, Dr. Luis Lopez, Sergeant Chopp, and Captain Griffin are dismissed with prejudice. Mr. Costoso's claims against Dr. C. Le are dismissed without prejudice for failure to serve process. Mr. Costoso's claims against the Secretary of

the Florida Department of Corrections have been abandoned and are thus dismissed without prejudice."

      6. The clerk must close the file.

      SO ORDERED on August 16, 2019.

                                    <u>s/Robert L. Hinkle</u>
                                    United States District Judge